**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPINE & NEUROSURGERY ASSOCIATES, a medical corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO. 2:19-CV-00115-TLN-DB<br>*Judge: Hon. Troy L. Nunley*<br><br>**ORDER GRANTING CONTINUANCE OF APRIL 4, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on UHC's Motion to Dismiss Plaintiff's Complaint, currently scheduled for April 4, 2019 at 2:00 pm, is continued to April 18, 2019 at 2:00 pm.

IT IS FURTHER ORDERED that the dates for filing opposition and reply papers be continued to be consistent with the new April 18, 2019 hearing date.

Dated: March 27, 2019

_____
Troy L. Nunley
United States District Judge

-1-

CASE NO. 2:19-CV-00115-TLN-DB
JOINT STIPULATION AND ORDER TO CONTINUE APRIL 4, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT